# Supreme Court of Florida

WEDNESDAY, NOVEMBER 27, 2019

**CASE NO.: SC19-884**

IN RE: AMENDMENTS TO FLORIDA RULES OF APPELLATE PROCEDURE
9.120 AND 9.210

---

The Appellate Court Rules Committee's "Time-Sensitive Motion for
Reconsideration and Request to Postpone Effective Date of Amendments" filed on
November 22, 2019, is hereby granted. In light of this motion, the opinion issued
on November 7, 2019, is revised with a March 31, 2020, effective date for the
amendments adopted in this case and the revised opinion is issued simultaneously
with this order. The Appellate Court Rules Committee is allowed until February 1,
2020, in which to file its supplemental report.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, LAGOA, and MUÑIZ,
JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

so
Served:

COURTNEY REBECCA BREWER
HEATHER SAVAGE TELFER
JOSHUA E. DOYLE
THOMAS D. HALL